No. 539. BERNARDS ET AL. *v.* JOHNSON ET AL. January 17, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

No. 457. VIATOR ET AL. *v.* EDWINS, SHERIFF, ET AL. See *ante,* p. 744.

No. 542. HERMOSA AMUSEMENT CORPORATION, LTD. ET AL. *v.* CARR, TRUSTEE IN BANKRUPTCY, ET AL. January 31, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Alfred T. Cluff* for petitioners. *Mr. Ira S. Lillick* for respondents.

No. 546. UNION TRUST CO., ADMINISTRATOR, *v.* DRISCOLL, FORMER COLLECTOR OF INTERNAL REVENUE. January 31, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. W. A. Seifert* and *William Wallace Booth* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Bernard Chertcoff* for respondent.

No. 547. COMMONWEALTH TRUST CO. ET AL., EXECUTORS, *v.* DRISCOLL, FORMER COLLECTOR OF INTERNAL REVENUE. January 31, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. W. A. Seifert* and *William Wallace Booth* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Bernard Chertcoff* for respondent.